FILED

2011 Oct-18 PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

**STEVEN V. FLEMMING**
Petitioner, *pro se*
Vs.

**AFFIDAVIT**

**CHIEF SCOTT HASSEL HART**
**Etowah Country Detention Center**
**U.S. Department of Homeland Security; and  ICE.**
**Respondents.**

CV-11-PT-3659-M-PWG

## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. §2241

I, **Steven V Flemming,** First duly sworn under oath depose and Say:

1. That I am petitioner in the above captioned cause and make this Affidavit in support of this habeas Corpus and presence unto this honorable Court.

2. Respondent is Chief-Scott Hassel Hart and ICE or DHS is subject to the jurisdiction of this this Court.

3. Petitioner have a wife and Four Children united states citizens all five comment not an Aggravated felony but was charged with posses with into distribute ,on or about 08/31/2007 date order final ordered remove. Lawful Permanent Resident 18years also Resides to date .

4. Even so it was and is a continue pursuant by ICE and Petitioner to receive travel Document from the St. Kitts and Nevis Embassy  but to no avail receive it not , with letter written from Embassy "not in position issue travel Document."

5. Petitioner was first taken into ICE custody on or about May 10th 2007 and has remained in ICE custody continuously since until; Mr. Flemming filed a Writ of Habeas Corpus in January, 2009 and was release before Judgment on 5th day of February, 2009.

6. With continue supervision and pursuant for travel document ICE and Flemming have not received any.

7. On 4th March, 2011 Mr. Flemming send a notarize letter unto St. Kitts embassy requesting for "Travel document application, even so I request a travel document, a passport to travel." See Exhibit: A

8. The St. Kitts Embassy response on 15th of March, 2011 was "Please be advise that the Embassy is not in a position to issue any documents at this time." See Exhibit: B

9. On April 19th, 2011 Mr. Fleming was arrested by the same officers that place him in immigration custody 2005, "Stated that ICE place a hold or detainer on April 19th 2011," so the hold was before day of arrest. By Lt, Upshaw 08/22/11. See (copy Bartow County inmate request) see Exhibit; C

10. Was transferred 09/02/11 from Bartow County Jail as they held him for ICE unto Atlanta City Detention center still in Custody to date.

11. A copy of letter from embassy was forward unto ICE officer Queanoo Ashley the day of reception and a second time fax unto officer Streetz which was confirmed 09/13/11.

12. On09/8/11 Filed  a new application for travel document with ICE officer.

13. On 09/ 13/11 signed form 1-229(a) warning failure to depart. See: (copy of form) Exhibit: D

    14.On September 27th 2011 executed a Writ of habeas Corpus pursuant to 28 U.S.C.2241 UPON Atlanta City Detention Center Chief- Patrick Labatt and ICE # DHS .See Exhibit: E.

14. The writ was issue immediately officer Streetz and all the other unknown named Agents of the U.S Department of Homeland Security at Atlanta, Georgia willfully and knowingly

working in Concert Transfer Mr. Flemming after known cannot remove him in the reasonable foreseeable , that he may lose jurisdiction of the writ, even so he lost jurisdiction .see Exhibit: F

15. Petitioner was transfer to Etowah County Detention Center in Alabama another state but under the full control of the ICE department in Atlanta GA. See Exhibit: G

16. U.S Department of Homeland Security of Atlanta GA . Know it's not reasonably foreseeable in the future after four years and one month under the control of this department with continue pursuant for travel and corporation of Mr. Flemming, It's very clear it's not reasonably foreseeable DHS will remove him.

17. It's very clear the Agents and D.H.S actions are in violation of the due process clause and Equal Protection under laws.

18. Upon Mr. Flemming's not fail to comply and letter from embassy provides sufficient evidence that it is not reasonable foreseeable that ICE will remove Mr.Flemming.

   **Wherefore,** I respectfully urge this honorable Court to grant Flemming writ of Habeas Corpus relief immediately release to the above mentioned, in the interest of justice.

   I, Steven V Flemming, declare under penalty of perjury that the foregoing is true and the best of my knowledge and belief.

Respectfully submitted

*Steven V Flemming*

Steven V. Flemming Pro-Se

*M. Lashale Lankford*

MY COMMISSION EXPIRES APRIL 27, 2014

3

Executed___/3___Oct, 2011.

**SWORN TO AND SUBSCRIBED TO before me this _/3_ day of Oct, 2011.**

_M. Ladale Lankford_
**Notary  Public**

MY COMMISSION EXPIRES APRIL 27, 2014

**Exhibit:B**



## EMBASSY OF ST. KITTS AND NEVIS

March 15th, 2011

Steven Victor Flemming
323 East 5th Street
Apt # 204
Los Angeles, CA 90013

Dear Mr. Flemming:

The Embassy of Saint Kitts and Nevis acknowledges receipt of your notarized letter dated March 4th, 2011, stating your request for travel documents.

Please be advised that the Embassy is not in a position to issue any documents at this time.

The Embassy will advise you of any updates.

Sincerely

Verlyn Maynard
Admin Attaché



OECS BUILDING • 3216 NEW MEXICO AVENUE, N.W. • WASHINGTON, D.C. 20016
TELEPHONE (202) 686-2636 • FAX (202) 686-5740

**Exhibit:C**

# BARTOW COUNTY SHERIFF'S OFFICE
## INMATE REQUEST/GRIEVANCE FORM
### (CIRCLE ONE)

DATE _08 / 21 / 11_

| | | | |
|---|---|---|---|
| MAJ | G.DOVER | JAIL ADMINISTRATOR | |
| CAPT | D.COCHRAN | ASST. JAIL ADMINISTRATOR | |
| LT | B.UPSHAW | A-ROTATION | |
| SGT | M.WALTERS | A-ROTATION | |
| LT | J.WORTHINGTON | B-ROTATION | |
| SGT | G.BROWN | B-ROTATION | |
| LT | S.INGRAM | C-ROTATION | |
| SGT | M.HUSKEY | C-ROTATION | |
| LT | T.PALLONE | D-ROTATION | |
| SGT | J.WALTERS | D-ROTATION | |
| SGT | L.WILSON | BOOKING SGT | |
| | K.ALLEN | INMATE ACCOUNTS | |
| LT | D.MINTER | RECORDS MGMT | |
| DEP. | G.WILKINS | INMATE WORK PROGRAMS | |
| LT | M.PRESSLEY | COURT SERVICES | |
| REV. | | CHAPLAIN | |

PUBLIC DEFENDERS OFFICE
PROBATION ... STATE - SSI - PPS
PAROLE

INMATE NAME: _STEVEN V. FLEMMING_
NAME MUST BE **PRINTED** HERE

_Steven V. Flemming_
NAME MUST BE **SIGNED** HERE

**FOR JAIL OFFICE USE ONLY:**

ASSIGNED TO DEPUTY: _Lt Upshaw_
DATE: _08/22/11_

COMMENTS: _04-19-11_

COMPLETED BY: _____
DATE: ___ / ___ / ___

COMMENTS: _____

POD/BLOCK: _1-4_          INMATE #: _200099_

### PLEASE BE AS BRIEF AS POSSIBLE - One (1) Request per Form

_What is the date your computer stated that I C E place_
_A hold or detainer upon the above named requester?_

WHEN COMPLETED, YOUR REQUEST SHOULD BE FOLDED IN HALF LENGTH WISE (RIGHT TO LEFT), COMPLETE THE INFORMATION ON THE BACK AND PLACE THIS FORM IN THE CONTAINER MARKED "MAIL". IT WILL NOT BE ACCEPTED OR ANSWERED ANY OTHER WAY. **ANY FORM SUBMITTED WITHOUT A NAME OR SIGNATURE WILL BE DESTROYED.**

**Exhibit:D**

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

**Warning for Failure to Depart**

| Name:<br>FLEMMING, Steven Victor | District Office:<br>ATL Field Office | File #:<br>A43 039 707 |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

☒ Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--

    (A) willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

    (B) willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

    (C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

    (D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action the Immigration and Naturalization Service may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

☒ Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final:<br>08/31/2007 | Ordered Removed under Section:<br>**237(a)(2)(A)(iii) & 237(a)(2)(B)(i)** | |
|---|---|---|

**Record of Service**
**(Check method used)**

| ( XXX ) | **Record of Personal Service** | |
|---|---|---|
| Served By: (Print Name and Title of Officer)<br><br>T. Ground, Deportation Officer | | Date:<br>09/13/2011 |
| Officer's Signature: | Location of Service:<br>Atlanta County Detention Center | |
| Served On: Alien – Attorney<br><br>(Alien's Signature) | | Date:<br>09/13/2011 |

| ( ) | **Warning administered in Court**<br>**(Copy of order attached)** | **Record of Personal Service (Cont.)** |
|---|---|---|
| ( ) | **Certified Mail Service** | Fingerprint of Alien (Specify finger used) |

**Attach certified mail receipts here.**

Form I-229(a)
(Revised 12/04/02)

# INSTRUCTION SHEET TO DETAINEE REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

*Mandatory requirements will be checked off by the ICE officer depending on the facts of each case. Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer.*

☒ Submit passports (current and expired) to the ICE. If you have a copy of your passport, you are to submit it.

☒ Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.

☒ Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.

☒ Submit to the ICE birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.

☒ Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.

☒ Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.

☒ You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.

☒ Provide ICE with written copies of requests to embassies or consulates requesting issuance of a travel document.

☒ Provide ICE with written copies of responses from embassies or consulates regarding your requests.

☒ Solicit permission from another country, which may be able to accept you, to enter that country to effect your removal from the United States.

☒ Other: _____.

Alien's Signature X _____

Served by: _____
                       Officer's Name

On _____ 09/13/2011 _____ at ___ ATL/ERO
              Date                                    Location

(Rev. 10/24/02)

**Exhibit:E**

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA ATLANTA

**************************************************************

**STEVEN FLEMMING,**
 **Petitioner,**

   -v-

**ATLANTA CITY JAIL**
**CHIEF-PATRICK LABAT**
**ICE# DHS**
 **Respondent.**

## NOTION TO CLERK

``**The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.**" Art. I, 9, cl. 2;

If the writ is not sign, seal and return by the Clerk or Judge upon the day of reception of the writ, the privilege of the writ have been suspended. Mr. Flemming will immediately notion the **United States Supreme Court Clerk**, by an Affidavit with date of postal , to date no return and Copies of the writ of habeas that was suspended is a violation of the 1st Amendment of the constitution of United States asking by: *Note to Immediately issue the writ .

Executed 2,7 day of September, 2011.

                                        Respectfully submitted
                                        _Steven V Flemming_
                                        STEVEN FLEMMING/Pro-se

9

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA ATLANTA

**************************************************************

**STEVEN FLEMMING,**
   **Petitioner,**

                                   **AFFIDAVIT**

   **-v-**

**ATLANTA CITY DETENTION CENTER**
**CHIEF-PATRICK LABAT**
**ICE# DHS**
   **Respondent.**

## PETITION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. 2241

**I, STEVEN FLEMMING,** first duly sworn under oath depose and say:

1. That I am the Petitioner in the above captioned cause and make this Affidavit in support of this Habeas Corpus and presence unto this honorable Court.

2. Respondent is CHIEF- PATRICK LATAT and ICE or DHS is subject to the jurisdiction of this Court.

3. Petitioner have a wife and Four children United states citizens all five comment not an Aggravated felony  but was charged with posses with intent to distribute , on or about 08/31/2007 date order final Ordered remove.

4. Even so it was and is a continue pursuant by ICE and Petitioner to receive travel Document from the St.kitts and Nevis Embassy but to no avail receive it not , with letter written from Embassy "not in position issue travel Document."

5. Petitioner was first taken into ICE custody on or about May 10th 2007 and has remained in ICE custody continuously since until; Mr. Flemming filed a Writ of Habeas Corpus in January, 2009 and was release before Judgment on 5th day of February, 2009.

1

6. With continue supervision and pursuant for travel Document ICE and Flemming have not received any.

7. On 4th March, 2011 Mr.Flemming send a Notarize letter unto St.kitts embassy requesting for "Travel document application, even so I request a travel document, a passport to travel." see Exhibit: A

8. The St.kitts Embassy response on 15th of March, 2011 was "Please be advise that the Embassy is not in a position to issue any documents at this time." see Exhibit: B

9. On April 19, 2011 Mr. Flemming was arrested by the same officers that place him in immigration custody 2005, "Stated that ICE place a hold or detainer on April 19, 2011," so the hold was before day of arrest. By Lt, Upshaw 08/22/11. See (copy Bartow County inmate request) see Exhibit: C

10. Was transferred 09/02/11 from Bartow County Jail as they held him for ICE unto Atlanta City Detention center still in the Custody to date.

11. A copy of letter from embassy was forward unto ICE officer Queanoo Ashley the day of reception and a second time fax unto officer Streetz which was confirmed 09/13/11.

12. On 09/8/11 fill a new application for travel document with ICE officer.

13. On 09/13/11 signed Form1-229(a) Warning failure to Depart. See :( copy of form) see Exhibit: D

14. Upon Mr.Flemming's not fail to comply and letter from Embassy provides sufficient evidence that it is not reasonable foreseeable that ICE will remove Mr.Flemming.

   **WHEREFORE,** I respectfully urge this honorable Court to grant Flemming Writ of Habeas Corpus relief immediately release to the above mentioned, in the interest of justice.

I **STEVEN FLEMMING**, declare under penalty of perjury that the foregoing is true and

the best of my knowledge and belief.

Executed: September 27, 2010.

Respectfully Submitted

Steven v. Flemming Pro-se.

SWORN TO AND SUBSCRIBED TO before me this 27th day of September, 2011.

NOTARY PUBLIC.

CHANDRA L. WILLIAMS
NOTARY PUBLIC
COBB COUNTY, GEORGIA
MY COMMISSION EXP. SEPT. 9, 2012

3

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ATLANTA GEORGIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STEVEN FLEMMING,**
    **Petitioner,**

    **-v-**

**ATLANTA CITY DETENTION CENTER**
**CHIEF-PATRICK LABAT**
**ICE# DHS**
    **Respondent.**

## PETITION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. 2241

**I, STEVEN FLEMMING,** first duly sworn under oath depose and say:

That I am the Petitioner in the above captioned cause and make this Affidavit in support

of Brief for this Habeas Corpus complaint for injunctive relief and presence unto this

honorable Court. Petitioner alleges as follows: That he is willfully and knowingly held by

respondents at Atlanta Detention Center in Atlanta Georgia Knowing that it is not

reasonable foreseeable in the future they will remove him. Petitioner is under the direct

control of respondents and agents.

### JURISDICTION

This action arises under the Constitution of the united States, and the Immigration and

Nationality Act ("INA"), 8 U.S.C. 1101 et seq., as amended by the Illegal Immigration

reform and Immigrant Responsibility Act of 1996("IIRIRA"), Pub.L. No. 104- 208, 110

Stat. 1570, and the Administrative procedure Act ("APA"), 5 U.S.C. 701 et seq .

This court has jurisdiction under 28 U.S.C. 2241; art. Art. I -9, cl. 2 of the United States

Constitution ("Suspension Clause"); and 28 U.S.C. 1331. Petitioner is presently in

4

8. The St.kitts Embassy response on 15th of March, 2011 was "Please be advise that the Embassy is not in a position to issue any documents at this time." see Exhibit: B

9. On April 19, 2011 Mr. Flemming was arrested by the same officers that place him in immigration custody 2005, "Stated that ICE place a hold or detainer on April 19, 2011," so the hold was before day of arrest. By Lt, Upshaw 08/22/11. See (copy Bartow County inmate request) see Exhibit: C

10. Was transferred 09/02/11 from Bartow County Jail as they held him for ICE unto Atlanta City Jail still in the Custody to date.

11. A copy of letter from embassy was forward unto ICE officer Queanoo Ashley the day of reception and a second time fax unto officer Streetz which was confirmed 09/13/11.

12. On 09/8/11 fill a new application for travel document with ICE officer.

13. On 09/13/11 signed Form1-229(a) Warning failure to Depart. See :( copy of form) see Exhibit: D

14. Upon Mr.Flemming's not fail to comply and letter from Embassy provides sufficient evidence that it is not significantly likely to occur in the reasonable foreseeable future that ICE will remove Mr. Flemming.

## LEGAL FRAMEWORK

In **Zadvydas v. Davis**, 533 U.S. 678 (2001), the Supreme Court held that six months is the presumptively reasonable period during which ICE may detain aliens in order to effectuate their removal .Id at 702. In **Clark v. Martinez,** 543 U.S.C.371 (2005), the Supreme Court held that its ruling in **Zadvydas** applies equally to inadmissible aliens. Petitioner's willful and knowing detention by respondents is unlawful and 8 U.S.C 1231 (a)(6) as interpreted by the Supreme Court in **Zadvydas**. The six–month presumptively

reasonable period for removal efforts has expired on 11-14-2007 but continue detention until February of 2009, unto this date. Petitioner still has not been removed, and petitioner continues to languish in detention. Petitioner removal to St.kitts is not significantly likely to occur in the reasonably foreseeable future. The Supreme Court held in **Zadvydas** and **Martinez** that Ice's continued detention of someone like Petitioner under such circumstances is unlawful.

   Upon Mr. Femming's not fail to comply and letter from Embassy provides sufficient evidence that it is not significantly likely to occur in the reasonable foreseeable future that ICE will remove Mr.Flemming.

   **WHEREFORE,** I respectfully urge this honorable Court to grant Flemming Writ of Habeas Corpus relief to the above mentioned, in the interest of justice.

I **STEVEN FLEMMING**, declare under penalty of perjury that the foregoing is true and the best of my knowledge and belief.


Executed: September 27, 2010.

Respectfully Submitted

Steven v. Flemming Pro-se.


SWORN TO AND SUBSCRIBED TO before me this 27TH day of September, 2011.

NOTARY PUBLIC.

CHANDRA L. WILLIAMS
NOTARY PUBLIC
COBB COUNTY, GEORGIA
MY COMMISSION EXP. SEPT. 8, 2012

7

## CERTIFICATE OF SERVICE

This is to certify that I have by U.S Postal mailed a copy of this **Writ of Habeas Corpus**

unto the following Address:

 **ATLANTA CITY DETENTION CENTER**
**CHIEF-PATRICK LABAT**
Atlanta City Detention Center
254 Peachtree Street SW,
Atlanta GA, 30303-3731.


**ICE# DHS**
**180 Spring Street, SW. Suite 522**
**Atlanta Georgia 30303.**

Executed 27ᵗʰ day of September, 2011.

Respectfully submitted
STEVEN FLEMMING/Pro-se

8

Exhibit:



**U.S. Immigration and Customs Enforcement**

*Office of Enforcement and Removal Operations*

U.S. Department of Homeland Security
180 Spring Street, SW
Atlanta, GA 30303

# DETAINEE TRANSFER NOTIFICATION

**Detainee Name:** _____ FLEMMING, STEVEN _____ **A#:** _____ 043 039 707 _____

**Nationality:** _____ ST KITTS _____

## TRANSFER DESTINATION

[X] **Etowah County Detention Center**
827 Forrest Avenue, Gadsden, AL
(256) 549-5410

[ ] **Atlanta City Detention Center**
254 Peachtree St, SW, Atlanta, GA
(404) 865-8001

[ ] **Irwin Detention Center**
132 Cotton Drive, Ocilla, GA
(229) 468-4121

[ ] **North Georgia Detention Center**
622 Main St, SW, Gainesville, GA
(770) 533-7490

**I hereby acknowledge that I have received the transfer destination information. I have also been notified that is my responsibility to notify family members, if I so desire.**

*Yo reconozco que he recibido la información de destino de la transferencia. También se me ha notificado que es mi responsabilidad de notificar a los miembros de la familia, si así lo desean.*

**Detainee Signature:** _____ **A#:** _____ 043 039 707 _____ **Date:** _____ 7-Oct-2011 _____

**Officer Signature:** _____ **Date:** _____ 7-Oct-2011 _____

Transfer of Detainees

December 2, 2008

www.ice.gov

# UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

STEVEN V. FLEMMING
Petitioner, *pro se*

Vs.

**AFFIDAVIT**

CHIEF SCOTT HASSEL HART
Etowah Country Detention Center
U.S. Department of Homeland Security and ICE.
Respondents.

CV-11-PT-3659-M *PWG*

### Notion To Clerk

**"The Privilege of the Writ of habeas Corpus shall not be suspended, unless when in Cases of Rebellion or invasion the public safety may require it." Art. I, 9, cl.2;**

If the writ is not sign , seal and return by the Clerk or Judge upon the day of reception of the writ , the privilege of the have been suspended. Mr. Flemming will immediately notion the **United States Supreme Court Clerk ,** by an Affidavit with date of postal, to date no return and copies of the Writ of habeas that was suspended is a violation of the 1st Amendment of constitution of United States asking by: *

**Note to immediately issue the writ.**

Executed _13Th_ Oct, 2011

Respectfully submitted

*Steven Flemming*

Steven V. Flemming Pro-Se

5

## CERTIFICATE OF SERVICE

I, Steven v Flemming , certify that by US Postal mail served a copy of writ of habeas corpus unto the following Address:

**CHIEF SCOTT HASSELL HART**

Etowah County detention center

827 Forrest Ave

Gadsden, Al 35901

ICE #DHS

180 Spring Street.S.w

Atlanta ,Georgia 30303

Executed 13TH Oct, 2011.

Respectfully submitted

Steven v. Flemming Pro-se

Etowah County Detention Center

827 Forrest Avenue

Gadsden, Al, 35901