IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| STEVEN FLEMMING, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 4:11-cv-3659-RBP-PWG |
| | ) |
| CHIEF SCOTT HASSEL HART, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and ICE, | ) ) ) |
| | ) |
| Respondents. | ) |

## ORDER

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Steven Flemming (the "Petitioner"). The Respondents have filed a Response to the Order to Show Cause. The Court deems the case ripe for summary disposition on the basis of the defenses asserted in the respondent's response. *See McBride v. Sharpe*, 25 F.3d 962 (11th Cir. 1994). The purpose of this Order is to notify the Petitioner that the case will be treated by the Court as ripe for summary disposition and to further inform the petitioner of his right to file affidavits or other materials to show why the petition should not be summarily denied or dismissed on the basis of the answer and record supplied by the respondent. To the extent that the Respondents have argued that the petition is due to be dismissed because the petitioner cannot show, as required by *Zadvydas v. Davis*, 533 U.S. 678 (2001), that he has been detained by federal authorities for more than six months after his order of removal became final and/or that there is good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the petitioner may wish to offer affidavits or an unsworn declaration under 28 U.S.C. § 1746 or other materials to counter such arguments. The court will review and consider the

court record supplied by the respondent and any additional evidentiary material offered by the petitioner in making a determination whether the petition should be summarily disposed of.

Petitioner shall have twenty (20) days from the date of this Order to supply any additional evidentiary materials or legal arguments he may wish to offer with regard to whether the petition is subject to summary disposition. Thereafter, the Court will take the petition under advisement for consideration in light of the respondent's answer and exhibits and any additional materials supplied by the petitioner.

The Clerk is DIRECTED to serve a copy of this Order upon petitioner and counsel for respondent.

As to the foregoing it is SO ORDERED this the 17th day of November, 2011.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE