IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| STEVEN FLEMMING, | ) |
| Petitioner, | ) |
| v. | )  4:11-cv-3659-RBP-PWG |
| CHIEF SCOTT HASSEL HART, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and ICE, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Steven Felmming (the "petitioner"), pro se. The petitioner contends that he is being illegally detained by the respondents and that he is due to be released from custody pending his removal to St. Kitts under the Immigration and Nationality Act. (Doc. 1). The respondents have filed a motion to dismiss this matter as being moot. (Doc. 11). Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

In support of their motion to dismiss, the respondents have filed evidentiary materials showing that the petitioner has been released from custody under order of supervision on December 15, 2011. (Doc. 11-1). Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed as moot. A separate final order will be entered.

**DONE**, this the 21st day of December, 2011.

*(signature: Robert B. Propst)*

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE